UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

LAURE L. DIVANE *et al.*,

*Plaintiffs-Appellants*,

v.                                                                No. 18-2569

NORTHWESTERN UNIVERSITY *et al.*,

*Defendants-Appellees.*

**PLAINTIFFS-APPELLANTS' STATEMENT OF THE ISSUES**

In accordance with FRAP 10(b)(3)(A), Appellants intend to present the following issues on appeal:

1.     Whether Plaintiffs' Amended Complaint contains sufficient factual allegations to state a plausible claim of breach of ERISA's fiduciary duties upon which relief can be granted.

2.     Whether Plaintiffs' Amended Complaint states a plausible claim for violation of ERISA's prohibited transaction provisions upon which relief can be granted.

3.     Whether the district court erred in denying Plaintiffs' Rule 59(e) motion to alter or amend judgment and for leave to file a second-amended complaint.

4.     Whether the district court erred in striking Plaintiffs' jury demand.

August 1, 2018                    Respectfully submitted.

                                 SCHLICHTER BOGARD & DENTON, LLP

                                 s/ Jerome J. Schlichter
                                 Jerome J. Schlichter
                                 Michael A. Wolff
                                 Sean E. Soyars
                                 100 South Fourth Street, Suite 1200
                                 Saint Louis, Missouri 63102
                                 (314) 621-6115
                                 (314) 621-5934 fax
                                 jschlichter@uselaws.com
                                 mwolff@uselaws.com
                                 ssoyars@uselaws.com

                                 *Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that Counsel of Record for Defendants-Appellees is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

                                 s/ Jerome J. Schlichter